IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| EDUARDO GUERRERO<br>*Plaintiff* | §<br>§<br>§ | Case No.   5:24-cv-00108-OLG |
| VS. | §<br>§ | |
| LOWE'S COMPANIES, INC. and<br>LOWE'S HOME CENTERS, LLC<br>*Defendant* | §<br>§<br>§ | |

## PLAINTIFF'S NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff Eduardo Guerrero, files this Notice of Settlement, and would show the Court as follows:

The Parties have reached a settlement resolving all claims brought against all Defendants herein.

The Parties will prepare the settlement documents and will file the appropriate closing documents once complete.

**We ask that you please remove this case from the October 15, 2025 Pre-Trial Conference Docket and the October 20, 2025 Jury Trial Docket.**

Respectfully submitted,

GUERRA, LLP
875 East Ashby Place
Suite 1200
San Antonio, Texas 78212
Telephone:	(210) 447-0500
Facsimile:	(210) 447-0501

By:	/s/ Lance P. Kimbro
FRANCISCO GUERRA IV
Texas State Bar No. 00796684
Email: fguerra@guerrallp.com
LANCE P. KIMBRO
Texas State Bar No. 24124779
Email: lkimbro@guerrallp.com
REBECCA C. PAGE
Texas State Bar No. 24101234
Email: rpage@guerrallp.com

and

JOSEPH ACEVEDO JR.
Texas State Bar. No. 00829820
Email: josephjr@josephacevedolaw.com
THE LAW OFFICE OF JOSEPH ACEVEDO
1700 Buena Vista St.
San Antonio, Texas 78207
Telephone:	(210) 227-9797
Facsimile:	(210) 227-9796

**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 14th day of October 2025 a true and correct copy of the foregoing instrument has been served on all counsel for parties of record in accordance with the Federal Rules of Civil Procedure via the Court's electronic filing system.

JOHN MEADOWS                                                                      *Via E-Filing*
Texas State Bar No. 24120596
Email: john.meadows@steptoe-johnson.com
STEPTOE & JOHNSON PLLC
711 Broadway, Suite 220
San Antonio, Texas 78215
Telephone:    (210) 953-0592
Facsimile:     (210) 905-4256

**ATTORNEY FOR DEFENDANTS**

                                                     /s/ *Lance P. Kimbro*
                                                     Lance P. Kimbro