IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| EDUARDO GUERRERO<br>*Plaintiff* | §<br>§<br>§ | |
| VS. | §<br>§ | Civil Action No.   5:24-cv-00108 |
| LOWE'S COMPANIES, INC. and<br>LOWE'S HOME CENTERS, LLC<br>*Defendant* | §<br>§<br>§<br>§ | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Eduardo Guerrero hereby dismisses this consolidation action with prejudice, with each party to bear their own costs, expenses, and attorneys' fees. The parties respectfully request that this case be terminated and closed.

Respectfully submitted,

GUERRA, LLP
875 East Ashby Place
Suite 1200
San Antonio, Texas 78212
Telephone:   (210) 447-0500
Facsimile:   (210) 447-0501

By:   */s/ Lance P. Kimbro*
   FRANCISCO GUERRA IV
   Texas State Bar No. 00796684
   Email: fguerra@guerrallp.com
   LANCE P. KIMBRO
   Texas State Bar No. 24124779
   Email: lkimbro@guerrallp.com

and

JOSEPH ACEVEDO
Texas State Bar. No. 00829820
Email: joseph@josephacevedolaw.com

THE LAW OFFICE OF JOSEPH ACEVEDO
1700 Buena Vista St.
San Antonio, Texas 78207
Telephone:   (210) 227-9797
Facsimile:   (210) 227-9796

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of December 2025, a true and correct copy of the foregoing was sent via ECF Noticing to all parties registered to receive CM/ECF Notices in this case and was also served via email.

John Meadows
Texas State Bar No. 24135211
Email: john.meadows@steptoe-johnson.com
STEPTOE & JOHNSON PLLC
1780 Hughes Landing Blvd., Ste. 750
San Antonio, Texas 77380
Telephone:   (210) 953-0592
Facsimile:   (210) 905-4256

**ATTORNEY FOR DEFENDANTS**

/s/ *Lance P. Kimbro*
LANCE P. KIMBRO